No. 78–5063. CHRISTIAN v. HOGAN ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–5168. JONES v. UNITED STATES; and
No. 78–5200. HOLT v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Reported below: 582 F. 2d 1281.

No. 78–5180. JOHNSON v. ALEXANDER, SECRETARY OF THE ARMY, ET AL. C. A. 8th Cir. Certiorari denied.

No. 78–5195. CARVER v. UNITED STATES; and
No. 78–5436. CURTIS v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 582 F. 2d 1284.

No. 78–5208. HEIMERLE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 78–5216. LOCKS v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 78–5247. MAYFIELD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–5262. HO YIN WONG v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 78–5268. SMITH v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 78–5277. KNUCKLES v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 78–5293. GAIAS ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 78–5317. MOSLEY v. UNITED STATES DEPARTMENT OF LABOR ET AL C. A. 9th Cir. Certiorari denied.